UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 08-21924-CIV-GOLD/McALILEY

MERCEDES CORTES on behalf of
herself and all others similarly situated,

     Plaintiff,

v.

HIS HOUSE, INC., a Florida
Corporation, and NEW
TESTAMENT BAPTIST CHURCH,
INCORPORATED OF MIAMI,
FLORIDA,

     Defendants.
_____/

ORDER APPROVING SETTLEMENT AGREEMENT
AND RELEASE AND DISMISSING WITH PREJUDICE; CLOSING OUT

THIS CAUSE having come before the Court upon the Parties request for approval of the Settlement Agreement and Mutual Release [DE 12], and the Court having reviewed the terms of the Agreement and being otherwise fully advised in the premises, the Court finds:

1. Plaintiff Cortes' Complaint involves claims arising under the Fair Labor Standards Act, 29 U.S.C. §201, *et seq.* ("FLSA").

2. Plaintiff Cortes, and Defendants His House Inc. and New Testament Baptist Church, Incorporated of Miami, Florida have amicably settled all the controversies involved in this case. The essential elements of the settlement are described in the Settlement Agreement and Mutual Release.

3. Plaintiff Cortes and Defendants have stipulated, and the Court finds, that the settlement is a fair and reasonable settlement of the controversies involved

in this case and comports with the policies underlying the FLSA.

Accordingly, it is ORDERED AND ADJUDGED:

1.  The Motion [DE 12] is GRANTED.

2.  The Settlement Agreement is APPROVED.

3.  The case is DISMISSED with prejudice.

4.  All other pending motions are DENIED as MOOT.

5.  The Clerk of Court is instructed to CLOSE this case.

DONE AND ORDERED in Chambers in Miami, Florida, this 8th day of September, 2008.

ALAN S. GOLD
U.S. DISTRICT JUDGE

cc:
Counsel of record